NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3171

BRUCE W. PATTON,

Petitioner,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

Respondent.

Christopher F. Attig, Attig Law Firm, PLLC, of Dallas, Texas, argued for petitioner.

Jane W. Vanneman, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel was Brian T. Edmunds, Trial Attorney.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3171

BRUCE W. PATTON,

Petitioner,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      AT3443070621-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (NEWMAN, SCHALL, and GAJARSA, <u>Circuit Judges</u>).

         AFFIRMED. <u>See</u> Fed. Cir. R. 36.

         ENTERED BY ORDER OF THE COURT

DATED <u>January 15, 2009</u>      <u>/s/ Jan Horbaly</u>
                   Jan Horbaly, Clerk